

No. 96–462. KGET–TV CHANNEL 17 ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN (CALIFORNIA ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 96–463. SMITH ET AL. *v.* HOUSTON OILERS, INC., DBA THE HOUSTON OILERS, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 96–464. CLINE *v.* ROGERS, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF MCMINN COUNTY, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 96–467. JONES ET AL. *v.* GENERAL ELECTRIC CO. C. A. 7th Cir. Certiorari denied. 

No. 96–475. LAL *v.* BOROUGH OF KENNETT SQUARE. Commw. Ct. Pa. Certiorari denied. 

No. 96–477. FARQUHAR ET AL. *v.* CITY OF MANHATTAN BEACH ET AL. Sup. Ct. Cal. Certiorari denied. 

No. 96–481. OSWALD ET UX. *v.* LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. Ct. App. La., 2d Cir. Certiorari denied. 

No. 96–485. LONG ISLAND JEWISH MEDICAL CENTER *v.* SCHONHOLZ. C. A. 2d Cir. Certiorari denied. 

No. 96–487. K. D. H. *v.* K. M. Ct. Civ. App. Ala. Certiorari denied. 

No. 96–488. JAMELL, AN INFANT, BY HIS MOTHER AND NEXT FRIEND, JAMELL, ET AL. *v.* CITY OF CHESAPEAKE. C. A. 4th Cir. Certiorari denied. 

No. 96–493. ANDERSON *v.* ENVIROTEST TECHNOLOGIES, INC. C. A. 11th Cir. Certiorari denied. 

No. 96–494. ERTEL *v.* PATRIOT-NEWS CO. ET AL. Sup. Ct. Pa. Certiorari denied. 

No. 96–495. DOE ET AL. *v.* LOCKWOOD ET AL. C. A. 6th Cir. Certiorari denied.